IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 1 4 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| DEBRA L. LIVA, | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NUMBER |
| INTCO INVESTMENTS OF | § | |
| OF TEXAS, INC D/B/A | § | |
| DOMINION COUNTRY | § | SA-98CA1152-EP |
| CLUB, INTCO DEVELOPMENT OF | § | |
| TEXAS AND CHRIS STRUBEE | § | |
| INDIVIDUAL, Defendants | § | |

## ORDER OF DISMISSAL

On this day Plaintiff's Motion to Dismiss the above entitled and numbered cause, and the Court being fully advised, finds that all matters herein have been compromised and settled and as a result of said settlement the Plaintiff has agreed that this cause shall be dismissed with prejudice; and it appearing to the Court that said motion should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED, and DECREED that the above entitled and numbered cause be, and the same hereby in all things dismissed with prejudice to the rights of Plaintiff to reassert said cause of action, or any part thereof.

Signed and Entered this the 14th day of March, 2000.

Edward C. Prado
United States District Judge