UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

MAR 1 4 2000

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| DEBRA L. LIVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Civil Action No. SA-98-CA-1152-EP |
| ) | |
| INTCO INVESTMENTS OF ) | |
| TEXAS, INC. d/b/a ) | |
| DOMINION COUNTRY ) | |
| CLUB, and CHRIS STRUBEE, ) | |
| Individual, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

On this date the Court considered the judgment to be entered in the above-styled and numbered cause. Consistent with the Order filed on this same date, it is hereby ORDERED, ADJUDGED and DECREED that this cause is DISMISSED WITH PREJUDICE.

SIGNED and ENTERED this 14th day of March, 2000.

_____
EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE